

**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

TO:    First Circuit Court of Appeals
       One Courthouse Way
       Boston, MA 02210

RE:    CIVIL ACTION #. 05-11378
       CRIMINAL #.

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court pursuant to the REAL ID Act was entered on 7/25/05 by the Honorable Patti B. Saris.

The following documents are included in our file and transmitted herewith:

( )  Certified copy of the docket entries;

( )  Certified copy of the transferral order;

( )  Pending Motion for stay - document numbered _____

( )  Original documents numbered _____

(x)  Copies of Documents 1-3

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date:  8/4/05                          By:  /s/ Christine Patch
                                            Deputy Clerk

cc:  Counsel, File

The documents listed above were received by me on _____ and assigned the following case number: _____.

By: _____

                     Deputy Clerk

(Transfer Cover Letter-REALID.wpd - 7/22/2005)