UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMAR TROCHEZ MEJIA, )<br>)<br>Petitioner, )<br>) | Civil Action 05-11378-PBS |
| v. )<br>) | |
| BRUCE CHADBOURNE, )<br>) | |
| Respondent. ) | |

**RESPONDENT'S FURTHER NOTICE THAT SCHEDULED REMOVAL
HAS BEEN ADVANCED TO AUGUST 10, 2005**

This matter was remanded to this Court by the First Circuit Court of Appeals on August 8, 2005. Respondent hereby provides notice to this Court that the Petitioner is scheduled to be removed on August 10, 2005 (rather than August 11, 2005). In preparation for that removal, Petitioner was transferred to Oakdale, Louisiana, on August 8, 2005.

        MICHAEL J. SULLIVAN,
        United States Attorney for the
        District of Massachusetts,
        Attorney for Respondent

        /s / Mark J. Grady
        MARK J. GRADY
        Assistant United States Attorney
        United States Attorney's Office
        District of Massachusetts
        John Joseph Moakley Courthouse
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3136

<u>Certificate of Service</u>

    I hereby certify that a copy of this motion and memorandum in support was served upon counsel for the Petitioner, Jeffrey Rubin, One Center Plaza, Suite 203, Boston, MA 02108, by first class mail and fax this 5th day of August 2005.

        /s/ Mark J. Grady
        MARK J. GRADY
        Assistant United States Attorney