UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMAR TROCHEZ MEJIA,           )<br>                              )<br>     Petitioner,              )<br>                              )     Civil Action 05-11378-PBS<br>v.                            )<br>                              )<br>BRUCE CHADBOURNE,             )<br>                              )<br>     Respondent.              ) | |

**RESPONDENT'S FURTHER STATUS REPORT REGARDING CUSTODY**

This matter was remanded to this Court by the First Circuit Court of Appeals on August 8, 2005. On that date, Respondent (erroneously) provided notice to this Court that the Petitioner had been staged to Oakdale, Louisiana in preparation for removal on August 10, 2005.

In communicating this Court's stay, undersigned counsel learned that immigration officials encountered some problem with the removal paperwork for Petitioner and, as a consequence, Petitioner was not staged to Oakdale, Louisiana. Undersigned counsel is informed that Petitioner remains in custody in Boston, Massachusetts.

MICHAEL J. SULLIVAN,
United States Attorney for the
District of Massachusetts,
Attorney for Respondent

 /s / Mark J. Grady
MARK J. GRADY
Assistant United States Attorney
United States Attorney's Office
District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3136

Certificate of Service

I hereby certify that a copy of this motion and memorandum in support was served upon counsel for the Petitioner, Jeffrey Rubin, One Center Plaza, Suite 203, Boston, MA 02108, by first class mail and fax this 8th day of August 2005.

 /s/ Mark J. Grady
MARK J. GRADY
Assistant United States Attorney