UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Omar Trochez Mejia
        Petitioner,                      CIVIL ACTION
                                                    NO. 05-11378-PBS
    v.

Bruce Chadbourne
        Respondent.

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                             August 16, 2005

      TAKE NOTICE that the above-entitled case has been set for a Status Conference on **September 8, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                               By the Court,

                                                                               /s/ Robert C. Alba
                                                                               Deputy Clerk

Copies to:  All Counsel