UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMAR TROCHEZ MEJIA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| - v. - | ) Civil Action No 05-11378-PBS |
| | ) |
| BRUCE CHADBOURNE, | ) |
| | ) |
| Respondent. | ) |
| | ) |

**APPEARANCE**

Please enter my appearance on behalf of the Respondent.

        Respectfully Submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Mark J. Grady

        MARK J. GRADY
        Assistant U.S. Attorney
        U.S. Attorney's Office
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        Tel. No. (617) 748-3136