UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMAR TROCHEZ MEJIA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| - v. - | )   Civil Action No 05-11378-PBS |
| | ) |
| BRUCE CHADBOURNE, | ) |
| | ) |
| Respondent. | ) |
| | ) |

## ORDER

      The removal of the Petitioner, Omar Trochez-Mejia, is stayed pending a determination by this Court of its jurisdiction. During the course of this stay, Petitioner is to file any potential requests for relief from the Board of Immigration Appeals ("BIA") within thirty days. Should this Court have not yet determined its jurisdiction, the Respondent may seek to dissolve this stay upon action by the BIA upon any request for stay or motion for relief filed by the Petitioner or upon Petitioner's failure to file any such motion within thirty days.

 

_____
Judge Patti B. Saris
United States District Court
for the District of Massachusetts