```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| OMAR TROCHEZ MEJIA,<br>      Petitioner,<br><br>      v.<br><br>BRUCE CHADBOURNE,<br>FIELD OFFICE DIRECTOR,<br>BUREAU OF IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br>      Respondent. | CIVIL ACTION NO. 05-11378-PBS |

**MEMORANDUM AND ORDER**

March 16, 2006

Saris, U.S.D.J.

On June 29, 2005, Omar Trochez Mejia, through counsel, filed the instant immigration habeas petition seeking to challenge the validity of the 1988 removal order that was entered by the immigration judge in Oakdale, Louisiana.

A status conference was held on September 8, 2005, and petitioner was directed to submit a draft order concerning a stay of deportation pending the filing of a motion with the Board of Immigration Appeals.  See Docket.  Petitioner filed the proposed documents, see Docket No. 11, and on September 14, 2005, the Court stayed the removal of petitioner "pending a determination by this Court of its jurisdiction."  See Docket No. 12.  The September 14th Order further stated that "[d]uring the course of this stay, Petitioner is to file any potential requests for

relief from the Board of Immigration Appeals ("BIA") within thirty days."  Id.  "Should this Court have not yet determined its jurisdiction," the Court advised the government that it "may seek to dissolve this stay [(1)] upon action by the BIA[, (2)] upon action any request for stay or motion for relief filed by the Petitioner[, (3)] or upon Petitioner's failure to file any such motion within thirty days."  Id.

The Court has learned that the Board of Immigration Appeals has issued an order denying Mejia's motion to reopen.  The Court denies Respondent's earlier motion to dismiss (Docket No. 2) without prejudice to renewal based on the new order.

ORDER

Based upon the foregoing, it is hereby ORDERED that the Motion to Dismiss (Docket No. 2) is DENIED without prejudice.  Any renewed motion to dismiss shall be filed in 30 days.

/s/ Patti B. Saris
_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE