UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMAR TROCHEZ MEJIA,  )  <br>     Petitioner,  ) <br> ) <br> - v. -  ) <br> ) <br> BRUCE CHADBOURNE,  ) <br>     Respondent.  ) <br> ) | Civil Action No 05-11378-PBS |

### UNITED STATES' MOTION TO RENEW THE MOTION TO DISMISS FOR LACK OF JURISDICTION AND TO VACATE THIS COURT'S STAY OF REMOVAL

The United States hereby moves to renew its motion to dismiss for lack of subject matter jurisdiction and to vacate this Court's stay of removal. In support of the motion, the United States submits the attached memorandum of law and Exhibit.

Wherefore, the United States requests that the matter be dismissed for lack of subject matter jurisdiction and that this Court's stay be vacated.

> Respectfully Submitted,
> MICHAEL J. SULLIVAN
> United States Attorney
> /s/ Mark J. Grady
> MARK J. GRADY
> Assistant U.S. Attorney
> U.S. Attorney's Office
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 9200
> Boston, MA  02210
> Tel. No. (617) 748-3136

Certificate of Compliance

On March 17, 2006, I spoke with counsel for the Petitioner regarding the status of this matter in light of the BIA's decision.  No agreement could be reached as to the relief sight by way of this motion.

> /s/ Mark J. Grady
> MARK J. GRADY
> Assistant U.S. Attorney