*To: United States Court of Appeal for first circuit Clerk office.*

*John Joseph Moakley Court House*
*One Court House Way suite 2500*
*Boston Ma 02210.*

05-CV-11378-PBS

*Attn: HONORABLE JUDGE PATRICIA SARIS*
*Re. filling of Emergency Motion for Stay Removal*
*Case  # 05-2186 Trochez Mejia  v. Chadbourne.*
*From Omar Trochez.*

U.S. DISTRICT COURT
DISTRICT OF MASS.
2006 APR 20  A 8 21
FILED
CLERKS OFFICE

*Dear Honorable Patricia Saris, I am writing to*
*you to thank you and appreciate the Good action on my favor by grating*
*me a stay of removal, God Bless you and all your loved family.*
*The reason I am writing in chronological order of what has happened to*
*me.*

*1.- I was operating an MBTA bus on 5/1/92/ having a very serious*
*accident being hit head on by another car going the opposite was as you*
*sill observe the pictures its no my fault.*

*2.- As result I had take Motrin 800 mg¸ sleeping pills and Prozac. No body*
*in my family knew that I was taking* Prozac *that according to some reports*
*on news paper, radio and TV. Some people who take antidepressant*
*become very aggressive and suicidal.*

*3.-I was taking some phisycological treatment.*

*4. - On May 96 my common Wife Elva Mejia called the police arrived at my*
*house and arrested me, I was in a very poor mental condition.*

*5.- Enclosed I send you a suicidal report at the West Roxbury court it states*
*I pleaded guilty I don remember neither that the judge warned me*
*verbally of immigration deportation I was sentenced to 6 month in Jail and*

3 years probation . I got out earlier than 6 month because of mf my good behavior, after I was freed the Honorable Judge told me to attend 1 year of Domestic Violence program, fatherhood Program, freedom of violence. I finished it perfectly.

6.- The Honorable Judge imposed me 3 years probation from 5-96 to 5-99 Because of my very good behavior my probation officer terminated it on 11-1997. 2 years earlier. I send a copy.

7.- My common wife terminate the restraining order in 10- 96. I go back with her and our 4 loved children.

8.- On 3-1998 The immigration went at my house and arrested me, brought me to Oakdale Louisiana on 5-18-98 the honorable Judge let me out on $.8000.00 bail I finished it on 8-2001.

9.- Since May 21-98 I was living at our house 3969 Washington St with our 4 children and my mother in law 82 years old.

10.- On 4-7-2005 I hired attorney Carlos Estrada on 4-26-05 called me at my house saying to me that he was not going to file 212 ( C ) petition for me because I was Ineligible this is why I hired him.

11.-  On 4-29-05 I hired attorney Jeffery Rubin

12.- On 6-11-2006 The immigration arrived at my house terrorizing my family by getting in the house in a very rude way to arrest me I never indented to run away . I have been detain by immigration more than 9 and half month the immigration has been acting

13.- The immigration does not want to recognize or to give me credits of my excellent effort.

My question is: Since July 2005 I have been asking my attorney to please get me a copy of a deportation letter the immigrati0on sent, we are on

**HONORABLE JUDGE Ms Saris if you see a;; the times I was arrested and punished is a total of 3 times I believe that is not fair, anywhere in the world no body is supposed be punished twice for the same mistake, but me I have been punish 3 times that are too many your honor on August 4-05 When the I N S tried to deport me I N S told me You did not get the deportation letter on 2001 because you moved and you did not report your new address I said to them realy? They said yes I said to them .Do you know that I have been living at the same address for 31 years? Both were mud, you Honor on May 27-06 I will be living in MA. It was may first mistake because I taking Prozac, that people who take antidepressant become aggressive I am example of both. I stupid taking Prozac. I did not get in any problem in 32 years. I made one mistake unwilling, but the immigration has trying to deport me illegally and willing. I already apologized to my wife I regret my negative behavior against her, no woman in the world should be abused physical or verbally, because we are born through or by a woman every woman is as delicate as a flower that it has to be treated in special way. You Honor please help my future and my family future, are in you hand you are my best solution please, review all the positive things I did in comparison with the negative behavior I did unwillingly perhaps, the INS has been willing to deport me illegally .**

**The INS denied me writ of Habeas corpus, too. It's a right that the United States of America and the legal perm ant have had over 100 years.**

**On April 11-2006 will be 10 months locked up without seeing a Judge you Honor please order the I N S to give you a copy of a deportation letter . On 5-18 the INS order to deport but, it does not mention that, the same judge who ordered my unjustified deportation on May21-98 let me out on 8000.000 by agreeing to pay 125.oo for month.**

**March 2006  I have not receive it yet , do you know why? Because the immigration has been doing and  deporting poor people the immigration claims I am not eligible for 212 ( C ) because 30 days already passed by to appeal a deportation, you Honor another big lie by the immigration I don believe the immigration gave that deportation letter, PLEASE ORDER THE IMMIGRATION TO GIVE THE DEPORTATION LETTER THEY ARGUE IT GAVE IT TO ME (MAY-2001) a copy of deportation of 7-2005 I have asked to my** attorney for such letter, she told the immigration for a copy of a warrant to almost turn down our door at our houses in 4-1996 a deportation law was effect but amender in 1997

The immigration argues I am not eligible for 212 C relief, I believe I do **qualify because they refer to people who have been in jail 5 or more . The** immigration has been denying me the *c.f.r 1003.44 as four **times In** October 2005 the immigration denied my **release stating my mistake was very serious with out taking into consideration I was take medicine, On 3-31-06 In fact, plus a deportation letter against me on 7-2005 on 3-14-06 The I N S took downstairs to sign some papers I refused to sign it,** because I do not trust the I N S then I N S agent told me just to put my finger on some ink and finger printing a paper for I N S gave to sign I **refuse they threaded me to send me a FEDERAL PRISION ACCUSING ME I** DID NOT COOPERATE . you Honor since the first day the I N S arrested me on June 11-06 my wife gave to I N S  my expired passport. My valid passport, my social S.number, my license, and other ID, **From my hometown Honduras, The only thing I refused was to sign a deportation**

Omar Freely mejia

⑨ ⑨

I NEVER RECEIVED ANY CANCELATION OF
BOND, ENCLOSED I SEND YOU A COPY.

EXHIBIT 10   A COPY OF ALL MONTHLY PAYMENT OF $125.⁰⁰
I PAID AT THE BOND AGENCY FROM 5-98 TO 8-2001
ON FEB FEBRUARY 2006 MY WIFE SENT A
CERTIFIED LETTER TO MY SUPPOSELY ATTOR-
NEY TO GIVE HER AND I, AND RECEIVED ON
OR ABOUT FEBRUARY 12-2006 OR FEBRUARY 13-2006
A COPY OF A SUPPOSED DEPORTATION LETTER I
NEVER RECEIVED - THE MOTION THE I.N.S TO DENY
ME A CHANCE TO DEFEND ME - A COPY OF A REPORT
WHY DENIED ME TO VACATE MY CASES, IN FACT
THE WEST ROXBURY COURT, THE HONORABLE JUDGE COFFEY
CLAIMED AT THE I.N.S. WHY IT WANTED TO PUNISH ME
AGAIN AFTER TOTEN YEARS? I ASKED MY ATTORNEY SEVERAL
TIMES FOR THAT MISTERIOUS, FROM 5-1996 TO 3-2006 I HAVE
HAD NO PROBLEM, ON OCTOBER 4-2005 THE I.N.S. DENIED ME
MY FREEDOM BY STATING THE SERIOUS MISTAKES I HAD WITH
MY WIFE, I AM STILL LIVING WITH MY WIFE AND OUR FOUR
CHILDREN THE I.N.S. DOES NOT CARE GOOD EXHIBITS OF MINE
FROM 1 TO 8 I MADE A MISTAKE, I PAID IT, I DESERVE ONE
CHAL CHANCE AND ON MARCH (3-14-06) THE I.N.S. DENIED ME
ANOTHER CHANCE TO GO TO MY HOUSE TO LIVE AND TO HELP
MY POOR WIFE TO TAKE OUR CHILDREN TO THE HOSPITAL
TO SCHOOL MEETING, SHOPPING AND TO HELP HER WITH
MY 80 YEARS OLD MOTHER IN LAW; BY STATING THAT I
AM NOT COOPERATING WITH THEM; YOUR HONOR IF MY
WIFE GAVE AT THE I.N.S. MY EXPIRED PASSPORT, MY
NEW PASSPORT, MY GREEN CARD AND AN I.D. FROM MY
HOMETOWN OF HONDURAS CENTRAL AMERICA, AT MY BEDROOM

THE I.N.S. SEARCHED AND CONFISCATED MY MASS DRIVING LICENCE, WHY THE I.N.S. IS ACCUSING ME THAT I AM NOT COOPERATING? BECAUSE I REFUSE TO SIGN? I TOLD TO MY WIFE ON JUNE 11 - 2005 TO GIVE THE I.N.S. ALL THE DOCUMENTS MENTIONED ABOVE I PROVE TO YOU THAT I AM VERY RESPECTFUL OF THE LAW, IF I SIGN THAT PAPER THE I.N.S. WILL DEPORT M AS SOON AS POSSIBLE, BUT IT CAN NOT BECAUSE OF YOUR STAY OF REMOVAL. YOUR HONOR THE TIMES THE I.N. CALLED ME TO SIGN MY DEPORTATION ALWAYS USES THE DIRTY TRICK OF INTIMIDATION AND THREATED ME IF I REFUSE TO SIGN THE I.N.S. WILL SEND ME TO A PRISON, THAT WAS TOLD BY THE I.N.S. TO THE HONDUREAN CONSULATE IN NEW YORK ON AUGUST 2005 ON 3-14-06 THE I.N.S. SAID TO ME IT WILL SEND YOU A REPORT THAT I AM NOT COOPERATING. YOU MY SUPPOSELY ATTORNEY CAME TO SEE ME AT THE DETENTION CENTER ON 2-23-06 TO TAKE ME OUT, ON MARCH 10-06 MY SUPPOSELY ATTORNEY SENT HIS ASSISTANT WITH A FORM TO BE SIGNED BY ME I REFUSED TO SIGN IT BECAUSE IT STATES HE WILL APPLY FOR A TEMPORARY LEGAL RESIDENT CARD THAT WILL LAST ONLY ONE YEAR, AT PRESENT TIME IT WILL LAST ONLY TEN MONTH IF A QUALIFY, I REFUSED TO SIGN BECAUSE I HAVEN BEEN LIKING ONLY IN MASS FOR 32 YEARS, WE RENEW THE GREEN CARD EVERY TEN YEARS AND BECAUSE I DESERVE ANOTHER CHANCE. YOUR HONOR I AM CLOSE TO 10 MONTH WITHOUT SEEING A JUDGE. PLEASE HELP ME TO GO OUT TO LIVE WITH MY FAMILY. THANK YOU VERY MUCH FOR YOUR ATTN AND HELP.