UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMAR TROCHEZ MEJIA, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action 05-11378-PBS |
| v. ) | |
| ) | |
| BRUCE CHADBOURNE, ) | |
| ) | |
| Respondent. ) | |

**RESPONDENT'S SUPPLEMENT TO THE RENEWED MOTION TO DISMISS**

Since the filing of the Respondent's Motion to Dismiss, the Petitioner has filed a Petition for Review of the BIA's Decision in the Fifth Circuit Court of Appeals. Please see Exhibit 1.

    MICHAEL J. SULLIVAN,
United States Attorney for the
District of Massachusetts,
Attorney for Respondent

 /s / Mark J. Grady
MARK J. GRADY
Assistant United States Attorney
United States Attorney's Office
District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3136



# General Docket
## US Court of Appeals for the Fifth Circuit

```
Court of Appeals Docket #: 06-60322                       Filed: 4/7/06
Nsuit:    0
Trochez-Mejia v. Gonzales
Appeal from: Board of Immigration Appeals

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 053L-2 : A30 342 556
    Date Filed: **/**/**
    Date order/judgment: 3/10/06
    Date NOA filed: **/**/**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: Paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None

Docket as of April 14, 2006 4:10 pm               Page 1
```

---

```
06-60322 Trochez-Mejia v. Gonzales

OMAR TROCHEZ-MEJIA              Jeffrey B Rubin
aka                             617-367-0077
Omar Trochez                    Suite 203
    Petitioner                  [NTC ret]
                                Law Offices of Jeffrey B Rubin
                                1 Center Plaza
                                Boston, MA 02108

    v.

ALBERTO R GONZALES, U S         Thomas Ward Hussey, Director
ATTORNEY GENERAL                [NTC fio]
    Respondent                  US Department of Justice
                                Office of Immigration
                                Litigation
                                PO Box 878
                                Ben Franklin Station
                                Washington, DC 20044

                                Alberto R Gonzales
                                FAX 202-307-6777
                                202-514-2001
                                Suite 4400
                                [NTC fio]
```

```
                                    US Department of Justice
                                    950 Pennsylvania Avenue NW
                                    Washington, DC 20530

                                    Caryl G Thompson
                                    504-310-8825
                                    Suite 350
                                    [NTC fio]
                                    US Immigration & Naturalization
                                    Service
                                    District Directors Office
                                    1250 Poydras Street
                                    Attn: Joe A Aguilar
                                    New Orleans, LA 70113
```

Docket as of April 14, 2006 4:10 pm       Page 2

---

06-60322 Trochez-Mejia v. Gonzales

OMAR TROCHEZ-MEJIA, also known as Omar Trochez

        Petitioner

   v.

ALBERTO R GONZALES, U S ATTORNEY GENERAL

        Respondent

Docket as of April 14, 2006 4:10 pm       Page 3

---

06-60322 Trochez-Mejia v. Gonzales

4/7/06         Agency case docketed. Petition for review filed by Petitioner Omar Trochez-Mejia. [06-60322] ROA due on 5/17/06. (nfd)

Docket as of April 14, 2006 4:10 pm       Page 4

?

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 04/24/2006 09:20:19 | | |
| **PACER Login:** us8384 | **Client Code:** | |
| **Description:** dkt report | **Case Number:** | 06-60322 |
| **Billable Pages:** 4 | **Cost:** | 0.32 |

**Note: The 'as of' date shown is the date of the last public or private docket entry. The docket does, however, show all entries as of <u>today's</u> date.**