UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMAR TROCHEZ MEJIA, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action 05-11378-PBS |
| v. ) | |
| ) | |
| BRUCE CHADBOURNE, ) | |
| ) | |
| Respondent. ) | |

**RESPONDENT'S NOTICE OF DECISION BY THE FIFTH CIRCUIT**

This matter was stayed pending a decision by the Fifth Circuit Court of Appeals and this Court directed that the United States apprise the Court of any ruling. Now comes the United States to provide notice that the Petitioner's claim in that court was dismissed for lack of subject matter jurisdiction. See Exhibit 1.

                                          MICHAEL J. SULLIVAN,
                                          United States Attorney for the
                                          District of Massachusetts,
                                          Attorney for Respondent

                                           /s / Mark J. Grady
                                          MARK J. GRADY
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          District of Massachusetts
                                          John Joseph Moakley Courthouse
                                          One Courthouse Way, Suite 9200
                                          Boston, MA 02210
                                          (617) 748-3136

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

---

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 in **June, 2006**. All correspondence expected to arrive at the court on or after **April 24, 2006** must be sent to this address.

---

June 22, 2006

Mr Caryl G Thompson
US Immigration & Naturalization Service
District Directors Office
Suite 350
1250 Poydras Street
Attn: Joe A Aguilar
New Orleans, LA 70113

     No. 06-60322  Trochez-Mejia v. Gonzales
     USDC No.  A30 342 556

Enclosed is a certified copy of the judgment issued as the mandate.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

                    By: _____
                        Cindy Broadhead, Deputy Clerk
                        504-310-7707

cc: w/encl:
    Mr Jeffrey B Rubin
    Mr Donald Anthony Couvillon
    Mr Alberto R Gonzales
    Mr Thomas Ward Hussey

MDT-1

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 06-60322

---

OMAR TROCHEZ-MEJIA also known as, Omar Trochez

Petitioner

v.

ALBERTO R GONZALES, U S ATTORNEY GENERAL

Respondent

U.S. COURT OF APPEALS
FILED
JUN 22 2006
CHARLES R. FULBRUGE III
CLERK

---

Petition for Review of an Order of the
Board of Immigration Appeals

---

Before KING, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM:

IT IS ORDERED that respondent's motion to dismiss the petition for review for lack of jurisdiction is GRANTED

IT IS FURTHER ORDERED that respondent's alternative motion for extension of time to file the administrative record until 30 days after disposition of motion to dismiss is DISMISSED AS MOOT.

MOT-21A

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
New Orleans, LA  JUN 22 2006