```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

OMAR TROCHEZ MEJIA,                )
                                   )
            Petitioner,             )
                                   )
      v.                            )
                                   )   C.A. No. 05-11378-PBS
BRUCE CHADBOURNE, FIELD OFFICE      )
DIRECTOR, BUREAU OF IMMIGRATION     )
AND CUSTOMS ENFORCEMENT,            )
                                   )
            Respondent.             )

                    ORDER FOR RETURN OF DOCUMENTS

   On July 10, 2006, this Court received from Mr. Mejia, copies of more than one dozen documents.  Because Mr. Mejia is represented by counsel, it is improper for him to be communicating with the court directly--only the lawyer for a represented litigant may do that.  The only exception is where the litigant seeks to discharge the attorney.

   Accordingly, it is ORDERED that the clerk shall return the documents to Mr. Mejia at the Suffolk County House of Correction, 20 Bradston Street, Boston, MA 02118.


July 27, 2006                    /s/ Patti B. Saris
DATE                             PATTI B. SARIS
                                 UNITED STATES DISTRICT JUDGE