UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMAR TROCHEZ MEJIA, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action 05-11378-PBS |
| v. ) | |
| ) | |
| BRUCE CHADBOURNE, ) | |
| ) | |
| Respondent. ) | |

**RESPONDENT'S NOTICE OF SCHEDULING OF REMOVAL**

The Respondent hereby gives notice that the Petitioner's removal has been scheduled for November 15, 2006.

    MICHAEL J. SULLIVAN,
    United States Attorney for the
    District of Massachusetts,
    Attorney for Respondent

    /s / Mark J. Grady
    MARK J. GRADY
    Assistant United States Attorney
    United States Attorney's Office
    District of Massachusetts
    John Joseph Moakley Courthouse
    One Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3136